IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00296-CMA-CBS | Date: November 18, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                      *Counsel:*

JEFFREY A. WEINMAN,                          Jordan Factor
                                                                      Patrick Vellone

Plaintiff,

v.

MICHAEL J. McCLOSKEY, *et al.*,            Carrie Johnson
                                                                      Joshua Hantman
                                                                      Frances Goins (by telephone)

Defendant.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session: 01:28 p.m.**
Court calls case. Appearances of counsel.

Michael McCloskey appears with counsel. This hearing comes before the Court in regards to MOTION [96] of Defendants R&J Limited Partnership and Equity Partnership Holdings, LLC for Judgment on the Pleadings Pursuant to Fed.R.Civ.P. 12(c) and MOTION [103] to File Fourth Amended Complaint.

**ORDERED:**   MOTION [103] to File Fourth Amended Complaint is **GRANTED** and is deemed as filed today.

MOTION [96} of Defendants R&J Limited Partnership and Equity Partnership Holdings, LLC for Judgment on the Pleadings Pursuant to Fed.R.Civ.P. 12(c) Pleadings is **DENIED as MOOT.**

Discussion regarding the progress of discovery.

HEARING CONCLUDED.
**Court in recess: 02:20 p.m.**
Total time in court: 00:52

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.