IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-01313-CBS | Date: August 31, 2015 |
| Courtroom Deputy: Molly Davenport | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                              *Counsel:*

IVAN NAJERA,                              Troy Krenning

Plaintiff,

v.

BAS RECEIVABLE MANAGEMENT, INC.,      Steven Wienczkowski

Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: TELEPHONE RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:59 a.m.**
Court calls case. Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **15** interrogatories, **15** requests for production, and 10 requests for admission.
Joinder of Parties/Amendment to Pleadings: **September 24, 2015**
Discovery Cut-off: **November 24, 2015**
Dispositive Motions Deadline: **December 24, 2015**
Each side shall be limited to **2** expert witnesses, absent leave of court.
Parties shall designate affirmative experts **on or before: October 1, 2015**
Parties shall designate rebuttal experts **on or before: November 2, 2015**

Interrogatories, requests for Production of Documents and Requests for Admissions shall be served **no later than October 21, 2015.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear**

**arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.**

Telephone Status Conference is set for **November 10, 2015 at 9:15 a.m.**

Scheduling Order is signed and entered with interlineations.

Hearing concluded.

**Court in recess: 11:05 a.m.**
Total time in court:     00:06

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.