IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 14-cv-00296-CMA-CBS | Date:  October 5, 2015 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                              *Counsel:*

JEFFREY A. WEINMAN,                                      Patrick Vellone

Plaintiff,

v.

MICHAEL J. MCCLOSKEY, *et al.,*                  Joshua Hantman
                                                                                   John McDermott
                                                                                   Frances Goins
                                                                                   Bradley Levin
                                                                                   Kimberly Tyson

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: TELEPHONE STATUS CONFERENCE**
**Court in session: 01:31 p.m.**
Court calls case.  Appearances of counsel.

Parties have resolved the privilege issue.

**ORDERED:**   In light of parties' resolving the privilege issue, *[158] Brief on Plaintiff's Unauthorized Acquisition and Use of the Directors' Privileged Documents* is **DENIED AS MOOT**.

The court will await completion of briefing on *[159] Motion of Defendant UWBI Group, LLC to Dismiss Fifth Amended Complaint Pursuant to Fed.R.Civ.P. 12(B)(6).*

Discussion regarding *[172] Joint Motion to Set New Deadlines.*

Counsel shall file a status report by the end of this week indicating that all the fact depositions have been scheduled to be completed by December 15, 2015.  Once the court receives the status report, *[172] Joint Motion to Set New Deadlines* will be granted with the following deadline extensions:

>Fact depositions shall be completed by: **December 15, 2015**
>Affirmative experts shall be designated by: **January 15, 2016**
>Rebuttal experts shall be designated by: **February 15, 2016**
>No expert will be deposed absent leave of court until a ruling on motions for summary judgment.
>Discovery deadline: **March 31, 2016**
>Dispositive motion deadline: **March 1, 2016**

HEARING CONCLUDED.

**Court in recess: 01:46 p.m.**
Total time in court: 00:15

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.