IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 14-cv-00296-CMA-CBS

JEFFREY A. WEINMAN,

    Plaintiff,

v.

MICHAEL J. McCLOSKEY, *et al,*

    Defendants.

---

**ORDER GRANTING IN PART PLAINTIFF'S UNOPPOSED MOTION TO HOLD PROCEEDING IN ABEYANCE AND ADMINISTRATIVELY CLOSING CASE**

---

Before the Court is Plaintiff's Unopposed Motion to Hold Proceeding in Abeyance Pending Approval of Settlement (Doc. #202).  Having reviewed the Motion and being otherwise advised in the premises, the Court finds that good cause supports the same, and it is therefore

ORDERED that Plaintiff's Motion to Hold Proceeding in Abeyance Pending Approval of Settlement (Doc. #202) is GRANTED in part.  It is

FURTHER ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action, pursuant to D.C.COLO.LCivR 41.2 .  It is

FURTHER ORDERED that the Discovery Deadline of March 31, 2016; the Dispositive Motion Deadline of April 29, 2016; and the Final Pretrial Conference date of July 12, 2016, are hereby VACATED.  It is

FURTHER ORDERED that the parties shall file with the Court either (1) a Motion to Dismiss within 10 days of the United States Bankruptcy Court's final Order approving settlement in Case 13-18184-EEB, **OR** (2) a joint status report every six months, beginning September 1, 2016.

DATED: February 29, 2016

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge